UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC CHESTER JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>   Defendants. | Case No.: 1:16-cv-01371-DAD-BAM (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE<br><br>(Doc. 21) |

Plaintiff Cedric Chester Johnson ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 26, 2017, the Court issued an order directing Plaintiff to show cause, within thirty (30) days after service, why Defendants Rocha, Jones and Mrs. K should not be dismissed from this action due to Plaintiff's failure to provide accurate and sufficient information to identify these defendants to effectuate service of process. (Doc. 20).

On February 10, 2017, Plaintiff filed the instant motion for a thirty (30) or sixty (60) day extension of time to respond to the Court's show cause order. Plaintiff explains that his family contacted the prison to obtain information on Defendants Speakman, Jones, Rocha and Mrs. K, but the prison refused to provide any information. Plaintiff requests that the Court send him blank copies of

1

the summonses to fill out for the Marshals for re-service.  Additionally, Plaintiff mentions that he will be released from prison soon.  (Doc. 21).

In the absence of additional information regarding the unserved defendants, the Court will not provide blank summonses to Plaintiff for completion and return.  Instead, before the Court will issue another service order, Plaintiff must provide the full name of Defendants Rocha, Jones and Mrs. K.  If he is unable to do so, he must provide alternate information − such as a partial name, title, gender, work assignment, work schedule, etc. − sufficient for the U.S. Marshal or the CDCR to identify the Defendants for service.

Plaintiff is cautioned that service cannot go forward unless he provides enough information, and unsuccessful service may result in the unserved Defendants being dismissed from this action. It is Plaintiff's responsibility to sufficiently identify the defendants named in his lawsuit. Plaintiff shall be granted thirty days in which to respond to the show cause order with additional information about the unserved Defendants.

For these reasons, IT IS HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff shall send a written response to the Court, providing the full name of Defendants Rocha, Jones and Mrs. K for purposes of service in this action. If he is unable to do so, he shall supply sufficient alternate information, such as a partial name, title, work assignment, work schedule, or other similar information to enable the United States Marshal and the CDCR to identify and locate these Defendants for service of process in this action; and

2. Plaintiff is warned that the failure to provide sufficient information for service of Defendants Rocha, Jones and Mrs. K shall result in the dismissal of any unserved defendant from this action for failure to serve process.

IT IS SO ORDERED.

Dated:   **February 13, 2017**              /s/ *Barbara A. McAuliffe*             
                                       UNITED STATES MAGISTRATE JUDGE