UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC CHESTER JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> NORTH KERN STATE PRISON, et al., <br><br> Defendants. | 1:16-cv-01371-DAD-BAM (PC) <br><br> ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANT'S ANSWER <br><br> (ECF No. 33) |

Plaintiff Cedric Chester Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claim for deliberate indifference in violation of the Eighth Amendment.

On March 22, 2017, Defendant Speakman answered Plaintiff's complaint.[1] (ECF No. 27.) On April 13, 2017, Plaintiff filed a response to Defendant Speakman's answer. (ECF No. 33.)

In relevant part, the Federal Rules of Civil Procedure provide that there shall be a complaint, an answer to a complaint, and, if the court orders one, a reply to an answer. Fed. R. Civ. P. 7(a). The Court has not ordered a reply to Defendant's answer and declines to make such an order.

---

[1] Defendants Rocha, Jones and Kennenten have not yet been served with the summons and complaint in this matter. Service by the United States Marshal is pending. (ECF No. 30.)

Accordingly, Plaintiff's response to the answer, filed on April 13, 2017 (ECF No. 33), is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **April 18, 2017**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE